# EXHIBIT 1

# EXHIBIT 1

# LAS VEGAS
# REVIEW-JOURNAL
# reviewjournal.com

March 21, 2010
Copyright © Las Vegas Review-Journal

## No more birds die overnight from Friday fire at sanctuary

Antonio Planas

By ANTONIO PLANAS

LAS VEGAS REVIEW-JOURNAL

**No** additional **birds** died **overnight** as a result of a **Friday** morning **fire** that killed 156 **birds at** the Gilcrease Nature **Sanctuary**, an official with the **sanctuary** said Saturday.

Sandra Salinas, executive director of the **sanctuary**, said some of the injured **birds** were being brought back to the **sanctuary** near Durango Road and Grand Teton Drive.

A **fire** engulfed the northern edge of the 8-acre facility killing roughly 15 percent of the **sanctuary**'s winged creatures, some of which were exotic and rare. The blaze then spread to the **sanctuary**'s rehabilitation building, a wooden structure that houses about 30 ill or injured animals **at** any given time. The **sanctuary**'s guard dog, a German shepherd, also died in the **fire**.

"The **birds** right now are doing very well," Salinas said, noting that 72 hours after a blaze is a key period for the injured **birds**' survival.

In addition to the **birds** that died, 35 **birds** were taken to an animal hospital in North Las Vegas. About 50 **more** parrots were being treated on site for smoke inhalation.

**Fire** investigators have yet to determine the cause of the blaze. An official with the Clark County **Fire** Department could not be reached Saturday for comment.

The **sanctuary** recently received a $4 million grant, $500,000 of which was to be used directly for renovations. Architects had been hired to develop the **sanctuary**'s cages into a modern aviary, which would have been **more** resistant to flames than the wooden buildings.

Salinas said staff moved some of the **birds** to other parts of the **sanctuary**, away **from** soot that might be blown in their direction. Salinas said the **sanctuary** will likely remain closed for a few weeks.

The facility is home to about 1,500 abandoned animals including parrots, cockatoos, peacocks and even a few ostriches.

Contact reporter Antonio Planas **at** aplanas@reviewjournal.com or 702-383-4638.

# EXHIBIT 2

# EXHIBIT 2

# City Felines Blog

Just another weblog about felines, by a feline

## Archive for the 'sanctuaries' Category

### The Nest

Friday, April 23rd, 2010

Alice reads aloud to us some afternoons and evenings. These are the images I remember from yesterday's reading: Open to the air, knubby twigs of apple and elm fastened by a white gum, rendering the twigs partly fire-proof... or fastened by a spit laid on copiously, sometimes extending continuously for one inch. Last summer, Pratt gave her a chimney swallow's nest which fell down Wesson's chimney with young in it. And as it comes to her, shaped like a shallow cup, she sees it is sooted on the inner side. One outer edge is broken off where built against a slant of chimney.



Artie listening...

Posted in Artie, birding, sanctuaries | No Comments »

### Reminder and new (cat ranching) link from Katie and Oliver

Thursday, April 22nd, 2010

Click every day to give free food and care to rescued companion animals: http://www.theanimalrescuesite.com/clickToGive/home.faces?siteId=3

CaboodleRanch.com  http://caboodleranch.com/

article and video about Caboodle Ranch http://www.zootoo.com/petnews/walmartfelinetownbuiltfor500ca-1128

another video about Caboodle Ranch  http://www.youtube.com/watch?v=zOr9Vvy6JPc

Posted in about cats, cousins, sanctuaries | No Comments »

### Happy Birthday, Edward!

Sunday, March 28th, 2010

March 28 is Alice's favorite day of the year and it has been so for the past 30 years. That is because Alice's son, Edward, was born on March 28! I, too, love Edward! (He is Katie's and Oliver's human.) Edward is a real adrenaline type of guy, full of drive and power and creativity. At the same time, he has a wonderful nurturing side to him–just ask Katie and Oliver! Edward sent us this video link  http://www.cathouseonthekings.com/facility.php about The Cat House On The Kings as he thought "it was amazing seeing so many cats living together and how the cats are huddled around the stove in some of the footage, and how they have their cubicles and their litter boxes (along the bottom row) in the condo room, and how enjoyable it was reading (on the site itself) about the other rooms and outdoor areas and cabins." I think so, too! Edward, Oliver, and Katie loved the music video, as well http://www.cathouseonthekings.com/video/scottryan-vanishing.php –"Don't the cats go well with the video? And so many of them with their different personalities, right?" Happy Birthday, Edward! Happy, happy birthday with purrs and kisses! I can't wait to visit you and Katie and Oliver later this spring! What larks we shall have!

Posted in <u>Artie</u>, <u>cousins</u>, <u>sanctuaries</u> | <u>No Comments »</u>

## Gilcrease Nature Sanctuary update

Sunday, March 21st, 2010

Katie and Oliver sent me this update last night:

Mar. 20, 2010

Copyright © Las Vegas Review-Journal

No more deaths as injured birds return to sanctuary after Friday fire

By ANTONIO PLANAS

LAS VEGAS REVIEW-JOURNAL

No additional birds died overnight as a result of a Friday morning fire that killed 156 birds at the Gilcrease Nature Sanctuary, an official with the sanctuary said Saturday.

Sandra Salinas, executive director of the sanctuary, said some of the injured birds were being brought back to the sanctuary near Durango Road and Grand Teton Drive.

A fire engulfed the northern edge of the 8-acre facility killing roughly 15 percent of the sanctuary's winged creatures, some of which were exotic and rare. The blaze then spread to the sanctuary's rehabilitation building, a wooden structure that houses about 30 ill or injured animals at any given time. The sanctuary's guard dog, a German shepherd, also died in the fire.

"The birds right now are doing very well," Salinas said, noting that 72 hours after a blaze is a key period for the injured birds' survival.

In addition to the birds that died, 35 birds were taken to an animal hospital in North Las Vegas. About 50 more parrots were being treated on site for smoke inhalation.

Fire investigators have yet to determine the cause of the blaze. An official with the Clark County Fire Department could not be reached Saturday for comment.

The sanctuary recently received a $4 million grant, $500,000 of which was to be used directly for renovations. Architects had been hired to develop the sanctuary's cages into a modern aviary, which would have been more resistant to flames than the wooden buildings.

Salinas said staff moved some of the birds to other parts of the sanctuary, away from soot that might be blown in their direction. Salinas said the sanctuary will likely remain closed for a few weeks.

The facility is home to about 1,500 abandoned animals including parrots, cockatoos, peacocks and even a few ostriches.

Posted in <u>sanctuaries</u> | <u>5 Comments »</u>

## The Cat House On The Kings

Saturday, March 20th, 2010
"Come stay with us. We can be your home, you know." I think that is what the cats are saying to the lost human in the video. That is just how it is for a stray cat when he is adopted by a human. That is how it was for me. "Didn't you know I was waiting for you? Come in, sweet one, come in. Come home."

From The Cat House On The Kings website:  View Justin Dial's new music video of Scott Ryan's Vanishing about a loner who takes a cathartic journey to The Cat House on the Kings!
http://www.cathouseonthekings.com/video/scottryan-vanishing.php

http://www.cathouseonthekings.com/

Posted in sanctuaries | No Comments »

## Gilcrease Nature Sanctuary

Friday, March 19th, 2010
This morning, our cousins, Katie and Oliver (the feline companions of Alice's grown son who lives in Las Vegas), sent us this alert from the Las Vegas Review-Journal: "Hundreds of birds — including at least 60 that are considered rare — were killed in an early morning two-alarm fire at the Gilcrease Nature Sanctuary near Durango and Grand Teton in the northwest area of the valley." Gilcrease is a nature sanctuary beloved by Las Vegans, and I am very sad about the loss of these birds. I shall watch for more news about Gilcrease from my cousins.

Posted in cousins, sanctuaries | 3 Comments »

- Search for: [                    ] [ Search ]

- You are currently browsing the archives for the sanctuaries category.

## · Archives

- ◦ May 2010
- ◦ April 2010
- ◦ March 2010

## · Categories

- ◦ about cats (4)
- ◦ Artie (10)
- ◦ birding (5)
- ◦ cousins (13)
- ◦ desert (1)
- ◦ dreams (2)
- ◦ flora (2)
- ◦ harking back (14)
- ◦ Marisa (2)
- ◦ passersby (1)
- ◦ road trip (4)
- ◦ sanctuaries (6)

- ○ <u>songs</u> (1)
- ○ <u>sweet William</u> (2)
- ○ <u>the interior life</u> (2)
- ○ <u>Vincent</u> (1)

City Felines Blog is proudly powered by <u>WordPress</u>
<u>Entries (RSS)</u> and <u>Comments (RSS)</u>.

# EXHIBIT 3

# EXHIBIT 3

Type of Work:        Text

Registration Number / Date:
                     TX0007145878 / 2010-05-26

Application Title: No more birds die overnight from Friday fire at sanctuary.

Title:               No more birds die overnight from Friday fire at sanctuary.

Appears in:          Las Vegas Review-Journal

Description:         Electronic file (eService)

Copyright Claimant:
                     Righthaven LLC, Transfer: By written agreement.

Date of Creation:  2010

Date of Publication:
                     2010-03-21

Nation of First Publication:
                     United States

Authorship on Application:
                     Stephens Media LLC, employer for hire; Domicile: United
                         States; Citizenship: United States. Authorship: text.

Rights and Permissions:
                     Chief Operating Officer, Righthaven LLC, 9960 West Cheyenne
                         Avenue, Suite 210, Las Vegas, NV,  89129-7701, United
                         States, (702) 527-5900, dbrownell@righthaven.com

Copyright Note:    C.O. correspondence.

Names:               Stephens Media LLC
                     Righthaven LLC

=================================================================================